**Federico LOPEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 10–70804.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 14, 2014.*

Filed Oct. 20, 2014.

Sharon A. Healey, Law Office of Sharon A. Healey, Seattle, WA, for Petitioner.

Benjamin Zeitlin, Trial, U.S. Department of Justice, Washington, DC, for Respondent.

Before: LEAVY, GOULD, and BERZON, Circuit Judges.

### MEMORANDUM **

Federico Lopez, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We grant the petition for review and we remand.

In denying Lopez's withholding of removal claim, the agency found Lopez failed

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

to establish a nexus to a protected ground. When the IJ and BIA issued their decisions in this case they did not have the benefit of this court's decisions in *Henriquez–Rivas v. Holder*, 707 F.3d 1081 (9th Cir.2013) (en banc), *Cordoba v. Holder*, 726 F.3d 1106 (9th Cir.2013), and *Pirir–Boc v. Holder*, 750 F.3d 1077 (9th Cir.2014), or the BIA's decisions in *Matter of M–E–V–G–*, 26 I. & N. Dec. 227 (BIA 2014), and *Matter of W–G–R–*, 26 I. & N. Dec. 208 (BIA 2014). Thus, we remand Lopez's withholding of removal claim to determine the impact, if any, of these decisions. *See INS v. Ventura*, 537 U.S. 12, 16–18, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002) (per curiam). In light of this remand, we do not reach Lopez's remaining challenges to the agency's denial of his withholding of removal claim at this time.

**PETITION FOR REVIEW GRANT-ED; REMANDED.**